# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARIE SMITH,
    Plaintiff,

vs.

NATIONWIDE COLLECTION AGENCIES, INC. d/b/a MONEY RECOVERY NATIONWIDE, a Michigan Corporation,

    Defendants.

Case No. 2:17-cv-12493
Hon. Terrence G. Berg
Mag. J. Stephanie Dawkins Davis

| | |
|---|---|
| Nitzkin Assoc.<br>Gary D. Nitzkin (P41155)<br>Attorneys for Plaintiff<br>22142 West Nine Mile Road<br>Southfield, MI 48033<br>(248) 353-2882<br>gary@crlam.com | Varnum, LLP<br>Bethany Sweeny (P64037)<br>Attorneys For Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, Michigan 48375<br>(248) 567-7400<br>bsweeny@varnumlaw.com |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Bethany Sweeny, of Varnum LLP, enters her appearance as counsel for Defendant, in the above-captioned matter.

                              Respectfully submitted,

                              VARNUM LLP
                              Attorneys for Defendants

Dated:  November 27, 2018      By:  */s/ Bethany Sweeny*
                                                   Bethany Sweeny (P64037)

## **CERTIFICATE OF SERVICE**

I certify that on November 27, 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Bethany Sweeny*
Bethany Sweeny

14289639_1.docx