UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIE SMITH,

    Plaintiff,

v.

NATIONWIDE COLLECTION
AGENCIES, INC. d/b/a/ MONEY
RECOVERY NATIONWIDE,

    Defendant.

Case No. 17-cv-12493-TGB-SDD
Hon. Terrence G. Berg
Mag. Stephanie Dawkins Davis

_____

### NOTICE OF SETTLEMENT WITH DEFENDANT NATIONWIDE COLLECTION AGENCIES, INC. d/b/a/ MONEY RECOVERY NATIONWIDE

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Nationwide Collection Agencies, Inc. d/b/a/ Money Recovery Nationwide, in the above-captioned case have reached a settlement. The parties anticipate filing a Dismissal with Prejudice as to Defendant Nationwide Collection Agencies, Inc. d/b/a/ Money Recovery Nationwide, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: May 21, 2019

Respectfully submitted,

/s/ Gary Nitzkin
GARY D. NITZKIN (P41155)
Credit Repair Lawyers of America
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033

2

(248) 353-2882
gary@crlam.com

## **PROOF OF SERVICE**

I, Gary D. Nitzkin, hereby state that on May 21, 2019, I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

　/s/ Gary Nitzkin